# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CIVIL ACTION NO. 5:67-CV-12589** |
| ) | |
| v.  ) | **JUDGE S. MAURICE HICKS, JR.** |
| ) | |
| **DESOTO PARISH SCHOOL BOARD** ) | |
| ) | |

## ORDER

Considering the foregoing Joint Stipulation of Dismissal filed on behalf of all parties, and good cause having been shown,

**IT IS HEREBY ORDERED** that said motion is **GRANTED**, and that **THIS MATTER, case number 5:67-cv-12589, is hereby DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this ___ day of _____, 2026, at _____, Louisiana.

_____
**THE HONORABLE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**