UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CIVIL ACTION NO. 5:67-CV-12589 |
| | ) | |
| v. | ) | JUDGE S. MAURICE HICKS, JR. |
| | ) | |
| **DESOTO PARISH SCHOOL BOARD** | ) | |
| | ) | |

### ORDER

Considering the foregoing Joint Stipulation of Dismissal filed on behalf of all parties, and good cause having been shown,

**IT IS HEREBY ORDERED** that said motion is **GRANTED**, and that **THIS MATTER, case number 5:67-cv-12589, is hereby DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this 5th day of January, 2026, at   Shreveport  , Louisiana.

_____
THE HONORABLE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE